STEPHEN J. ERIGERO (SBN 11562)
JOHN G. DOOLING (SBN 154358)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        stephen.erigero@rmkb.com
              john.dooling@rmkb.com

Attorneys for Defendants
CONSTRUCTION TESTING SERVICES, LLC, A
NEVADA LIMITED LIABILITY COMPANY,
AND PATRICK GREENAN, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUSTS, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CONSTRUCTION TESTING SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY, AND PATRICK GREENAN, AN INDIVIDUAL,<br><br>Defendants. | CASE NO.  2:14-cv-01117-LDG-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE THE FILING OF THE JOINT PRETRIAL ORDER** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

The Parties by and through their attorneys of record, hereby stipulate to the following:

WHEREAS,

1.     Trial in this matter is not presently set;

2.     A Joint Pretrial Order is due to be filed on or before June 1, 2015;

3.     The Parties have engaged in serious settlement negotiations and expect the present action to be resolved within 30 days of the date of this Stipulation;

4.     The Parties have met and conferred by and through their counsel of record and have agreed, by and through this Stipulation, to continue the due date for the filing of the Joint

1  Pretrial Order for 30 days to July 1, 2015;

2      5.    The Parties agree that continuing the Joint Pretrial Order is in the best interest of the Parties as its continuation will reduce the amount of attorney's fees and costs to be expended in light of the imminent resolution of the case;

    6.    An initial scheduling order has not yet been issued relating to the Third Party Complaint filed by Construction Testing Services against the Nevada Contractors Association.

    7.    One prior continuance of the Joint Pretrial Order has been provided by this Court; and

    8.    The Parties represent that this Stipulation is not made for any improper delay;

IT IS HEREBY STIPULATED by and between the parties as follows:

There is good cause to continue the due date for the Joint Pretrial Order from June 1, 2015 to July 1, 2015, (or to another date that is convenient to the Court's calendar).

Dated: June 1, 2015    ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ John G. Dooling
STEPHEN J. ERIGERO
JOHN G. DOOLING
Attorneys for Defendants
CONSTRUCTION TESTING SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY, AND PATRICK GREENAN, AN INDIVIDUAL

Dated: June 1, 2015    LAQUER URBAN CLIFFORD & HODGE

By: /s/ Nathan R. Ring
NATHAN R. RING
Attorney for Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUSTS, et al.

//
//
//

1  Dated: June 1, 2015                                    LITTLER MENDELSON

                                                          By: /s/ Noel E. Eidsmore
                                                              NOEL E. EIDSMORE
                                                              Attorney for Cross-Defendant NEVADA
                                                              CONTRACTORS ASSOCIATION

**IT IS SO ORDERED.**

Dated: June 2, 2015

_____
GEORGE FOLEY, JR.
United States Magistrate Judge