**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:   (702) 968-8088
Electronic Mail:  murban@luch.com; nring@luch.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSTRUCTION TESTING SERVICES, LLC., a Nevada limited liability company, and PATRICK GREENAN, an individual,<br><br>Defendants. | CASE NO.: 2:14-CV-01117-LDG-GWF<br><br>**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE** |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST (hereinafter referred to collectively as "Plaintiffs"), by and through its counsel of record, Laquer, Urban, Clifford  Hodge, LLP, and Defendants, CONSTRUCTION TESTING SERVICES, LLC., a Nevada limited liability company, and PATRICK GREENAN, an individual (hereinafter collectively

referred to as "Defendants"), by and through their counsel of record, Ropers, Majeski, Kohn & Bentley, PC, do hereby jointly stipulate to the dismissal of all of Plaintiffs' claims against Defendants, with prejudice.

The parties have agreed upon a full and final settlement of all causes of action brought by Plaintiffs against Defendants in this action. The terms of which are incorporated in this stipulation for dismissal by reference.

Dated: June 30, 2015          **LAQUER, URBAN, CLIFFORD & HODGE, LLP**

/s/ Nathan R. Ring
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiffs*

Dated: June 30, 2015          **ROPERS, MAJESKI, KOHN & BENTLEY, PC**

/s/ John G. Dooling
John G. Dooling, (*pro hac vice*)
California State Bar No. 154358
Stephen J. Erigero, Nevada State Bar No. 11562
*Counsel for Defendants, Construction Testing Services, LLC and Patrick Greenan*

ORDER

IT IS SO ORDERED.
DATED this ____ day of July, 2105.

_____
Lloyd D. George
Sr. U.S. District Judge