Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  STEPHEN J. ERIGERO (SBN 11562)
   JOHN G. DOOLING (SBN 154358)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        stephen.erigero@rmkb.com
5                john.dooling@rmkb.com

6  Attorneys for Defendants/Cross-Claimants
   CONSTRUCTION TESTING SERVICES, LLC, A
7  NEVADA LIMITED LIABILITY COMPANY,
   AND PATRICK GREENAN, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUSTS, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CONSTRUCTION TESTING SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY, AND PATRICK GREENAN, AN INDIVIDUAL,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO. 2:14-cv-01117-LDG-GWF<br><br>**JOINT STIPULATION FOR DISMISSAL OF CROSS-CLAIMS WITH PREJUDICE** |
|---|---|

Cross-Claimant CONSTRUCTION TESTING SERVICES, LLC, a Nevada limited liability company ("Cross-Claimant") by and through their counsel of record, Ropers, Majeski, Kohn & Bentley, APC, and The Ball Law Group, and Cross-Defendant, NEVADA CONTRACTORS ASSOCIATION ("Cross-Defendant"), by and through their counsel of record, Littler, Mendelson, P.C., do hereby jointly stipulate to the dismissal of all of Cross-Claimant's claims against Cross-Defendant, with prejudice.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ John G. Dooling |
| 4 | | STEPHEN J. ERIGERO<br>JOHN G. DOOLING |
| 5 | | Attorneys for Defendants/Cross-Claimants<br>CONSTRUCTION TESTING SERVICES, |
| 6 | | LLC, A NEVADA LIMITED LIABILITY<br>COMPANY, AND PATRICK GREENAN,<br>AN INDIVIDUAL |
| 7 | | |
| 8 | Dated: July 24, 2015 | THE BALL LAW GROUP |
| 9 | | |
| 10 | | By: /s/ Zachary Ball |
| 11 | | ZACHARY BALL<br>Attorneys for Defendants/Cross-Claimants |
| 12 | | CONSTRUCTION TESTING SERVICES,<br>LLC, A NEVADA LIMITED LIABILITY |
| 13 | | COMPANY, AND PATRICK GREENAN,<br>AN INDIVIDUAL |
| 14 | | |
| 15 | Dated: July 24, 2015 | LITTLER MENDELSON, PC |
| 16 | | |
| 17 | | By: /s/ Noel E. Eidsmore<br>JAMES T. WINKLER |
| 18 | | RICK D. ROSKELLEY<br>NOEL E. EIDSMORE |
| 19 | | Attorneys for Cross-Defendants<br>NEVADA CONTRACTORS |
| 20 | | ASSOCIATION |

IT IS SO ORDERED

DATED this 31 day of July, 2015

_____
LLOYD D. GEORGE
Sr. U.S. District Judge